PER CURIAM.
Affirmed. See Johnson v. State, 60 So. 3d 1045 (Fla. 2011) ; Kirby v. State, 198 So. 3d 15 (Fla. 2d DCA 2015) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Pratte v. State, 946 So. 2d 1184 (Fla. 2d DCA 2006) ; Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002).
NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.